No. 03–8295. CHATMAN *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–8300. STEVENS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 03–8303. HARRIS *v.* HAMLET, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8316. WELDON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–8329. SANDERS *v.* KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8332. ROBERSON *v.* LOPEZ, SHERIFF, BEXAR COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–8351. POWELL *v.* MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 03–8355. BURNETT *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8396. SHEGOG *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 03–8406. SULLIVAN *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 4th Cir. Certiorari denied.

No. 03–8408. WOLFE *v.* NORFOLK SOUTHERN RAILWAY CO. C. A. 6th Cir. Certiorari denied. Appx. 532.

No. 03–8423. SMITH *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 03–8431. TAYLOR *v.* MORGAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–8448. VON BROCK *v.* WILSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.